AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tia Clark,
and
Eboni Govan,
    PLAINTIFFS,

SUMMONS IN A CIVIL CASE

V.

District of Columbia
    DEFENDANT

CASE NUMBER   1:06CV00007

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 01/4/2006

TO: (Name and address of Defendant)

*District of Columbia*
SERVE: Office of the Attorney General
Darlene Fields, Tonia Robinson, or Gale Rivers
441 Fourth Street, N.W.
Sixth Floor North
Washington, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard H. Semsker, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Rd., Suite 500
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 4 2005
DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/18/06 | TIME 12:10 PM |
| NAME OF SERVER *(PRINT)* Ambiko Guice | TITLE Private Process Server | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By serving Tonia Robinson, Agent, authorized to accept. Service was completed at 441 4th Street, NW, Washington, DC 20001.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/19/06
           Date

*Signature of Server*
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
*Address of Server*

*Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.