AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Tia Clark,
    and
Eboni Govan,
    PLAINTIFFS,
        V.

District of Columbia
    DEFENDANT

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV00007

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 01/4/2006

TO: (Name and address of Defendant) District of Columbia

SERVE: Office of the Secretary
Tabatha Braxton or Gladys Herring
John A. Wilson Building
1350 Pennsylvania Avenue, N.W., Suite 419
Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard H. Semsker, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Rd., Suite 500
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 4 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/13/06 | TIME 10:15 AM |
| NAME OF SERVER (PRINT) Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  By serving Tabatha Braxton, Administrative Assistant, authorized to accept. Service was completed at 1350 Pennsylvania Avenue, NW, Suite 419, Washington, DC 20004

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/13/06
               Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.