CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Tia Clark, et al, )
      Plaintiffs, )
      vs. )      Civil Action No. 1:06CV00007
District of Columbia, )
      Defendant. )
)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 14th day of February 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) District of Columbia

was [were]: [personally served with process on 1/13/06 and 1/19/06 ].
OR
[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_____].
OR
[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
_____].
[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*[signature]*
Attorney for Plaintiff(s) [signature]

25692
Bar Id. Number

Address and Telephone Number
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Rd., Ste. 500
Bethesda, MD 20814
(301) 656-6905