**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

TIA CLARK, ET AL.
       **Plaintiffs,**

    **v.**                              **Civil Action No.  06-00007 (ESH)**

DISTRICT OF COLUMBIA

       **Defendant.**

**ENTRY OF APPEARANCE**

The Clerk will enter the appearance of the undersigned as counsel for Defendant.

.

-----------/s/------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net