**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

_____
|
TIA CLARK, et al,                                                     |
|
      PLAINTIFFS,                                |
|
         v.                                            | CIVIL ACTION NO.1:06CV00007
|
DISTRICT OF COLUMBIA ,                                    |
|
      DEFENDANT.                                  |
_____|

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire

record herein, it is this _____ day of _____, 2006, hereby

ORDERED that Fed. R. Civ. P. 26(a)(1) disclosures shall be dispensed with; and it is

further

ORDERED that a discovery period of five months shall commence following the date of

this Order

ORDERED that expert witness reports, if any, shall be exchanged in accordance with Fed.

R. Civ. P. 26(a)(2).  Disclosure of plaintiffs' expert reports, if any, shall be made 60 days before

the close of discovery.  Disclosure of defendant's expert reports, if any, shall be made 30 days

before the close of discovery; and it is further

ORDERED that any dispositive motions shall be filed no later than 45 days after the close

of discovery; any opposition thereto shall be filed no later than 30 days following the filing of the

dispositive motion; and any reply shall be filed no later than 15 days following the filing of the

opposition.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE


copies:

_____          _____
Richard Semsker DC Bar No. 413886          Joel P. Bennett D.C. Bar No. 145227
LIPPMAN, SEMSKER  & SALB, LLC              Law Office of Joel P. Bennett. P.C.
7700 Old Georgetown Rd, Suite 500          1208 Eton Court, N.W.
Bethesda, Maryland 20814                   Washington, D.C. 20007