**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| TIA CLARK, et al, | |
|     PLAINTIFFS, | |
|     v. | CIVIL ACTION NO.1:06CV00007 (ESH) |
| DISTRICT OF COLUMBIA, | |
|     DEFENDANT. | |

**Plaintiffs' Supplemental LC vR 16.3 Filing**

Pursuant to this Court's Initial Scheduling Conference Order of March 1, 2006, Plaintiffs' herewith submit their Supplemental Pleading.

**1.     Brief Statement of the Case.**

This is a four count complaint filed by two African American, female attorneys employed by the District of Columbia in the Office of the Attorney General. The complaint alleges that during a 16 month period from July 2004 through November 2005, Plaintiffs' supervisors subjected them to disparate treatment with regard to their working conditions, including discipline and work assignments; that they were subjected to a racially hostile work environment; and that they were retaliated against in response to their complaints of discrimination. The complaint further alleges that defendant's conduct was extreme and outrageous, thereby giving rise to a claim of intentional infliction of emotional distress.

**2.     Statutory Basis for all Causes of Action.**

The complaint contains three causes of actions. Counts One and Two of the Complaint allege racial discrimination and racially hostile work environment in violation of the Civil Rights

- 2 -

Acts of 1964 and 1991, 42 U.S.C. § 2000e-16 *et seq.*, as amended.  Count Three of the

Complaint alleges retaliation in violation of the Civil Rights Acts of 1964 and 1991, 42 U.S.C. §

2000e-16 *et seq.*, as amended.  Count Four alleges a common law claim of intentional infliction of

emotional distress.

                          Respectfully submitted,

                          _____
                          Richard Semsker DC Bar No 413886
                          LIPPMAN, SEMSKER  &, SALB, LLC
                          7700 Old Georgetown Rd, Suite 500
                          Bethesda, Maryland 20814
                          (301) 656- 6905
                          Counsel for Plaintiff

- 3 -

## Certificate of Service

I hereby certify that a copy of the foregoing **Plaintiffs' Supplemental LC vR 16.3 Filing**

was sent by mail, postage prepaid this 21st day of March 2006 to:

>Joel P. Bennett D.C. Bar No. 145227
>Law Office of Joel P. Bennett. P.C.
>1208 Eton Court, N.W.
>Washington, D.C. 20007

>Richard Semsker