UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIA CLARK, ET AL.<br>    PLAINTIFFS | CIVIL ACTION NO. 06-00007-ESH |

v.

District of Columbia
    DEFENDANT

## NOTICE OF FILING CONSENT PROTECTIVE ORDER

Counsel for defendant hereby gives notice of filing the attached consent protective order.

Respectfully submitted,

_____/s/_____

Joel P. Bennett
D.C. Bar no. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970
202-625-1973-fax
Jbennett@radix.net