United States District Court For the District of Columbia
Civil Division

| | |
|---|---|
| TIA CLARK, et al, | \| |
| PLAINTIFFS, | \| |
| v. | \| CA  NO.1:06CV 00007 ( ESH) |
| DISTRICT OF COLUMBIA , | \| |
| DEFENDANT. | \| |

**PLAINTIFF'S CONSENTED TO MOTION TO ENLARGE
THE TIME TO COMPLETE DISCOVERY**

Plaintiffs, with the consent of the Defendant, by and through their undersigned counsel, herewith move this Court for an Order enlarging the time to complete discovery.  Plaintiffs seek this Order for the following reasons:

1.   Discovery is currently scheduled to close on August 19, 2006.

2.   Written discovery has been served in this matter.  Plaintiffs have submitted their responses.   Defendant, however, has not yet submitted its responses.  Defendant had requested and did obtain a two week extension to serve its responses.  Defendant's responses are now due on July 28, 2006.

3.    Plaintiffs anticipate based on conversations with Defendant's counsel that the production which Defendant will provide will be voluminous requiring a significant amount of time to review and study.

4.    Plaintiffs have advised Defendant of those individual whom they would like to depose.  However, because Plaintiffs wanted to take full advantage of Defendant's written

discovery responses, it chose to delay taking the deposition until after the response had been submitted.

5. Furthermore, due to the long scheduled vacation of Plaintiffs' and Defendant's counsel during late July and the first 10 days in August, it became clear to Plaintiffs' counsel that Plaintiffs would not be able to complete their depositions by the discovery deadline.

6. Recognizing this predicament, Plaintiffs' counsel spoke with Defendant's counsel about seeking an enlargement of time to complete discovery and Defendant had no objection to this enlargement. In fact, at the time that Plaintiff consented to a two week enlargement for Defendant to respond to discovery, the parties discussed the possibility that an enlargement would be necessary.

7. Plaintiffs' request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

8. Granting this motion will not prejudice the Court since no trial or pretrial date has been scheduled.

Plaintiffs, with the consent of Defendant, therefore request that this Court enter an Order enlarging the time to complete discovery from August 19, 2006 up to and including September 19, 2006.

                Respectfully submitted,

                _____
                Richard H. Semsker
                LIPPMAN, SEMSKER & SALB, LLC
                7700 Old Georgetown Road.
                Suite 500
                Bethesda, Maryland 20814
                (301) 656-6905

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July 2006, **PLAINTIFF'S CONSENTED TO MOTION TO ENLARGE THE TIME TO COMPLETE DISCOVERY** was served by first class mail, postage prepaid to

>	Joel Bennett
>	Law Offices of Joel Bennett
>	1208 Eton Court
>	Washington, D.C. 20007

_____
Richard Semsker