United States District Court For the District of Columbia
Civil Division

| | |
|---|---|
| TIA CLARK, et al, | |
| PLAINTIFFS, | |
| v. | CA   NO.1:06CV 00007 ( ESH) |
| DISTRICT OF COLUMBIA , | |
| DEFENDANT. | |

Order

Upon Consideration of Plaintiffs' Consented to Motion to Enlarge the Time to Complete Discovery, it is hereby Ordered this _____ day of July 2006, that:

1. Plaintiffs' Motion is granted, and that

2. Discovery shall close on September 19, 2006.

_____
Ellen Segal Huvelle
United States District Court Judge

cc
Richard Semsker
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814

Joel Bennett
Law Offices of Joel Bennett
1208 Eton Court
Washington, D.C. 20007