UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| TIA CLARK | |
| and | |
| EBONI GOVAN | |
| PLAINTIFFS, | |
| v. | Civil Action No. 1:06CV00007. |
| DISTRICT OF COLUMBIA , | |
| DEFENDANT. | |

**CONSENTED TO MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiffs Tia Clark and Eboni Govan, by and through their under-signed counsel, respectfully request that this Court grant them leave to amend their Complaint. The grounds for this motion are as follows:

1. On or about August 21, 2006, the Defendant District of Columbia Government terminated the employment of Plaintiff Clark. Plaintiffs allege that this termination was a further act of retaliation.

2. The factual allegations set forth in Plaintiff's Complaint encompassed a retaliation, but Plaintiffs seek to expand the scope of the retaliation count to include this new action.

3. Plaintiffs' expanded claim of retaliation arises out of the same conduct, transaction, or occurrence set forth in Plaintiffs' Complaint and therefore, this Amended Complaint should relate

back in time to the filing of Plaintiff's Complaint, pursuant to Rule 15 of the Federal Rules of Civil Procedure.

    4.    Plaintiff has discussed and received the consent of the Defendant to the relief sought in this Motion.

    5.    This request for leave to amend the Complaint is made in good faith and with no intention of causing undue delay of these proceedings.

    6.    Granting this motion will not prejudice the Court since no trial date has yet been fixed by the Court.

    7.    Granting this Motion will not cause the Defendant undue prejudice as the factual allegations contained in the original Complaint were sufficient to place Defendant on notice that Plaintiff might raise a hostile environment claim against him.

For all these reasons, Plaintiff respectfully requests that this Court grant him leave to file an Amended Complaint. Plaintiff further requests that the proposed Amended Complaint relate back to the date of Plaintiff's Complaint, pursuant to Rule 15 of the Federal Rules of Civil Procedure. A proposed Order is attached for the Court's review.

                      Respectfully submitted,

                      \s\
                      S. Micah Salb, Esq.
                      Richard H. Semsker, Esq.
                      LIPPMAN, SEMSKER & SALB, LLC
                      7700 Old Georgetown Road
                      Suite 500
                      Bethesda, Maryland 20814
                      (301) 656-6905
                      Attorneys for Plaintiff