UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| TIA CLARK<br><br>and<br><br>EBONI GOVAN<br><br>PLAINTIFFS,<br><br>v.<br><br>DISTRICT OF COLUMBIA ,<br><br>DEFENDANT. | Civil Action No. 1:06CV00007. |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave File an Amended Complaint and to have the Amended Complaint relate back in time to the filing of the original Complaint filed in this matter, it is this _____ day of _____ 2006, hereby:

ORDERED that the Motion is GRANTED.

SO ORDERED.

_____
Judge

Copies to:

S. Micah Salb, Esq.
Richard H. Semsker, Esq.
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814

Counsel for Plaintiffs

Joel Bennett
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC  20007-3239

Counsel for Defendant