## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**TIA CLARK, *et al.*,**                      )
                                              )
        **Plaintiff**,      )
                                              )
    **v.**                 )    **Civil Action No. 06-0007 (ESH)**
                                              )
**DISTRICT OF COLUMBIA**                      )
                                              )
       **Defendant**.     )
_____  )

### MEDIATION REFERRAL ORDER

        Upon consideration of matters raised at the meet and confer status conference held on October 11, 2006, and the recommendations contained in the parties' Joint LCvR 16.3 Report to the Court, the parties agree that this case should be promptly referred for mediation. With the consent of the parties, it is hereby **ORDERED** that

        1.      This matter is referred for mediation to commence as of December 1, 2006.

        2.      The Clerk of Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly designate a mediator.

        3.      Mediation efforts shall conclude by February 1, 2007.

        4.      If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

        **SO ORDERED.**

                        _____/s_____
                        ELLEN SEGAL HUVELLE
                        United States District Judge

DATE: October 11, 2006