**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| TIA CLARK, et al, | |
| PLAINTIFFS, | |
| v. | CA NO.1:06CV 00007 ( ESH) |
| DISTRICT OF COLUMBIA, | |
| DEFENDANT. | |

**PLAINTIFFS' CONSENT MOTION TO ENLARGE**
**THE TIME TO COMPLETE DISCOVERY**

Plaintiffs, with the consent of the Defendant, by and through their undersigned counsel, herewith move this Court for an Order enlarging the time to complete discovery and adjusting all subsequent dates. Plaintiffs seek this Order for the following reasons:

1. Discovery is currently scheduled to close on December 21, 2006.

2. Plaintiff's lead attorney, Mr. Semsker, underwent surgery and radiation therapy this fall, resulting in his absence from work for some six weeks, along with additional intermittent absences.

3. Prior to Plaintiffs' counsel's absence, counsel spoke with Defendant's counsel regarding an enlargement of time. Defendant had no objection. This Court granted Plaintiff's counsel's request for an enlargement.

4. Counsel has learned this week that his now-ongoing treatment has not been effective. Therefore, his radiology treatment has been replaced with a form of chemotherapy, requiring that he be in the hospital for approximately one-week procedures, with two or three weeks out of the

hospital in between each treatment, commencing next week.

5. Further complicating matters is that Plaintiffs' counsel's attorneys were forced to separate its associate attorney from the Firm. Consequently, Mr. Salb will be mostly alone in the office for at least a few months until a replacement attorney is hired and Mr. Semsker can return to full duty.

6. Mr. Salb is unable to conduct the pending depositions consistent with reasonable performance standards, particularly without the assistance of Mr. Semsker, who is lead counsel. This is especially true because of the myriad responsibilities that must be undertaken on behalf of other clients of the Firm.

7. Plaintiffs' request for an enlargement of time is made in good faith and with no intention of causing undue delay of these proceedings.

5. Counsel is aware that this request causes delay beyond that which is ordinarily countenanced by this Court. However, this request is modest under the circumstances and warranted by the circumstances. Further, granting this motion will not cause undue prejudice to the Court since no trial or pretrial date has been scheduled.

Plaintiffs, with the consent of Defendant, therefore request that this Court enter an Order enlarging the time to complete discovery from Friday, December 21, 2006, up to and including Friday, March 23, 2007.

Respectfully submitted,

\s\
Richard H. Semsker
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland 20814

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906

- 2 -