### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| TIA CLARK, et al, | |
| PLAINTIFFS, | |
| v. | CA    NO.1:06CV 00007 ( ESH) |
| DISTRICT OF COLUMBIA, | |
| DEFENDANT. | |

## Order

Upon Consideration of Plaintiffs' Consent Motion to Enlarge the Time to Complete Discovery, it is hereby Ordered this _____ day of November, 2006, that:

1.    Plaintiffs' Motion is hereby granted, and that

2.    Discovery shall close on March 27, 2007, and that

3.    Summary Judgment motions are due by May 4, 2007, responses to any Motion for Summary Judgment due by June 1, 2007, and replies to any Motion for Summary Judgment due by June 15, 2007.

4.    The pending referral to mediation shall be continued and the parties shall be ordered to meet with the mediator on or before March 27, 2006.

_____
Ellen Segal Huvelle
United States District Court Judge

Copies to:

Richard Semsker, Esq.
S. Micah Salb, Esq.
Lippman, Semsker & Salb, LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814

Joel Bennett, Esq.
Law Offices of Joel Bennett
1208 Eton Court
Washington, D.C. 20007