UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| TIA CLARK, et al., | |
| PLAINTIFFS, | |
| v. | CA NO.1:06CV 00007 |
| DISTRICT OF COLUMBIA , | |
| DEFENDANT. | |

### NOTICE OF APPEARANCE

Please enter the appearance of Gwenlynn Whittle D'Souza of the law firm of Lippman, Semsker & Salb, LLC, as counsel for the Plaintiffs Tia Clark and Eboni Govan in the above-captioned matter.

Respectfully submitted,

\s\
Gwenlynn Whittle D'Souza, #453849
S. Micah Salb, #453197
Richard H. Semsker, #22819
LIPPMAN, SEMSKER & SALB, LLC
7700 Old Georgetown Rd
Suite 500
Bethesda, Maryland 20814
(301) 656-6905

Counsel for Plaintiff