UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| TIA CLARK, et al., | |
|    PLAINTIFFS, | |
| v. | CA NO.1:06CV 00007 |
| DISTRICT OF COLUMBIA , | |
|    DEFENDANT. | |

**STIPULATION OF DISMISSAL**

Plaintiffs Tia Clark and Eboni Govan, by and through their under-signed counsel, herewith move this Court pursuant to Rule 41(a) of the Federal Rules of Civil Procedure to voluntarily dismiss with the above-captioned case with prejudice, each side to bear its own costs. The Parties have reached a settlement agreement in this matter.

                            Respectfully submitted,

                            \s\
                            S. Micah Salb, #453197
                            Richard H. Semsker, #22819
                            Gwenlynn Whittle D'Souza, #453849
                            LIPPMAN, SEMSKER & SALB, LLC
                            7700 Old Georgetown Rd
                            Suite 500
                            Bethesda, Maryland  20814
                            (301) 656-6905

                            Counsel for Plaintiff

**Lippman, Semsker & Salb, LLC**
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
Tel. (301) 656-6905
Fax (301) 656-6906